UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         Magistrate Docket No. '07 MJ 2400

  Plaintiff,

  v.                                COMPLAINT FOR VIOLATION OF:

Rodrigo RAMOS-Funes,                Title 8, U.S.C., Section 1326
                                    Deported Alien Found in the
                                    United States

  Defendant

The undersigned complainant, being duly sworn, states:

On or about **October 6, 2007** within the Southern District of California, defendant, **Rodrigo RAMOS-Funes,** an alien, who previously had been excluded, deported and removed from the United States to **Guatemala**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **October, 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Rodrigo RAMOS-Funes**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On October 6, 2007 at approximately 1:00 a.m. Border Patrol Agent P. Johnson was performing patrol operations along the United States/Mexico International border near Jacumba, California. Jacumba, California is approximately 25 miles east of the Tecate, California Port Of Entry. Agent Johnson responded to a citizen report of a possible undocumented immigrant at the Jacumba interchange of I-8. Agent Johnson arrived at the Jacumba exit and was informed by the employee at the Shell gas station that the individual was inside the station.

Agent Johnson identified himself as a Border Patrol Agent and questioned the individual as to his citizenship. The individual admitted he was a native and national of Mexico and that he did not possess documents that would allow him to legally enter or remain in the United States. At that time, Agent Johnson placed the individual under arrest and transported him to the Boulevard, California Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Guatemala** on **September 7, 2007** through **Phoenix, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on October 7, 2007 at 9:30 a.m.

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 6, 2007**, in violation of Title **8**, United States Code, Section **1326**.

Leo S. Papas
United States Magistrate Judge

10/7/07 - 1:45PM
Date/Time