```
FILED

NOV 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMJ            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR 3092-DMS |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| RODRIGO RAMOS-FUNES, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about _January 8, 2007_, within the Southern District of California, defendant RODRIGO RAMOS-FUNES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

ABC:drh: San Diego
10/18/2007

<u>Count 2</u>

On or about October 6, 2007, within the Southern District of California, defendant RODRIGO RAMOS-FUNES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED:  11/13/2007            .

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney